UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
RICARTE ECHEVARRIA,

                Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT; and ANNE-MARIE
HENDRICKSON, in her official and individual
capacity,

                Defendants.
------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2017
```

17 Civ. 6073 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for October 24, 2017 is ADJOURNED to **November 8, 2017**, at **11:20 a.m.** By **November 1, 2017**, the parties shall submit their joint letter and jointly proposed Case Management Plan and Scheduling Order.

    Counsel for Plaintiff is directed to immediately send a copy of this notice to Defendants.

    SO ORDERED.

Dated: October 10, 2017
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge