Erika Minerowicz, Esq.
Krakower DiChiara LLC
77 Market Street, Suite 2
Park Ridge, NJ 07656
Telephone: 201-746-6334
Fax: 347-765-1600

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | |
|---|---|
| **RICARTE ECHEVARRIA,** | |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |
| -against- | |
| **DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and ANNE-MARIE HENDRICKSON, in her official and individual capacity,** | **CIVIL ACTION NO. 17-CV-6073** |
| Defendants. | |

-------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned attorney is entering an appearance in this action as counsel for Plaintiff Ricarte Echevarria.

Dated: December 4, 2017            Respectfully Submitted,

                                                        KRAKOWER DICHIARA LLC

                                                        By:

                                                        s/ Erika Minerowicz
                                                        Erika Minerowicz
                                                        77 Market Street, Suite 2
                                                        Park Ridge, New Jersey 07656
                                                        201-746-6334
                                                        f: 347-765-1600

1