UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RICARTE ECHEVARRIA,

                                        Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and ANNE-MARIE HENDRICKSON, in her official and individual capacity,

                                        Defendants.

------------------------------------------------------------------------ x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

17 Civ. 6073 (AT)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice and without costs, expenses or fees of any kind to any party.

Dated: Park Ridge, New Jersey
            February 15, 2018

**KRAKOWER DICHIARA LLC**
Attorneys for Plaintiff
77 Market Street, Suite 2
Park Ridge, New Jersey 07656
(201) 746-0303
tk@kdlawllc.com

By: _____
      Todd Krakower

Dated: New York, New York
           February 15, 2018

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-112
New York, New York 10007-2601
(212) 356-4078
mconnaha@law.nyc.gov

By: _____
      Matthew J. Connahan
      Assistant Corporation Counsel